# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Clara Moussa Boustany,<br><br>            *Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782<br>Granting Leave to Obtain Discovery for Use<br>in a Foreign Proceeding. | Case No. 1:24-mc-91065-AK |

## MOTION FOR ADMISSION PRO HAC VICE

I am a member of the bar of this Court and have filed an appearance in the above-captioned action. Pursuant to Local Rule 83.5.3, and upon the attached Certification, I hereby move that Gary J. Mennitt of Dechert LLP be admitted to practice and appear in this Court on behalf of Fadi Boustany.

Dated:      May 7, 2024
            Boston, MA

/s/ Daniel Murdock
Daniel Murdock
Dechert LLP
One International Place, 40th Floor,
100 Oliver Street,
Boston, MA 02110
Tel: (617) 728-7121
daniel.murdock@dechert.com

*Attorneys for Fadi Boustany*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Clara Moussa Boustany,<br><br>　　　　　　　　　*Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782<br>Granting Leave to Obtain Discovery for Use<br>in a Foreign Proceeding | Case No. 1:24-mc-91065-AK |

CERTIFICATION OF GARY J. MENNITT

Pursuant to Local Rule 83.5.3(e)(3) and in connection with the motion seeking the Court's leave to practice in the above-captioned case, filed herewith by Daniel Murdock a member of the bar of this Court, I, Gary J. Mennitt certify as follows:

(1) I am admitted to practice in the state of New York, the Southern and Eastern Districts of New York, the U.S. Court of Appeals for the Second Circuit and the U.S. Supreme Court;

(2) I am a member in good standing in all jurisdictions in which I have been admitted to practice;

(3) I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar;

(4) I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct;

(5) I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts; and

(6) I have submitted the required fee for *pro hac vice* admission to the clerk of the Court.

Date: May 7, 2024

/s/ Gary J. Mennitt
Gary J. Mennitt (NY Bar #: 2397347)
Dechert LLP
1095 Avenue of the Americas

                                          New York, NY 10036  
                                          Tel : (212) 698-3500  
                                          Email: gary.mennitt@dechert.com

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of May, 2024, a true an correct copy of the foregoing Motion for Admission *Pro Hac Vice* of Gary J. Mennitt, Esq., and the Certification of Counsel, was duly served and filed through the ECF system and all registered participants.

/s/ Daniel Murdock
Daniel Murdock (BBO# 705691)