# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Clara Moussa Boustany,<br><br>　　　　　　　　　*Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782<br>Granting Leave to Obtain Discovery for Use<br>in a Foreign Proceeding | Case No. 1:24-mc-91065-AK |

## NOTICE OF APPEARANCE

    Patrick N. Andriola of Dechert LLP, with offices located at 1095 Avenue of the Americas, New York, NY 10036, enters his appearance as counsel in this case for Fadi Boustany.

Date:  May 8, 2024　　　　　　　　　　　　/s/ Patrick N. Andriola　　　　　
　　　　　　　　　　　　　　　　　　　　　Patrick N. Andriola
　　　　　　　　　　　　　　　　　　　　　Dechert LLP
　　　　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　Tel : (212) 641-5619
　　　　　　　　　　　　　　　　　　　　　Email: pat.andriola@dechert.com

## CERTIFICATE OF SERVICE

Patrick Andriola certifies that on May 8, 2024, I caused a true and correct copy of the foregoing Notice of Appearance to be filed with the Clerk of the Court for the District of Massachusetts by using CM/ECF system.

/s/ Patrick N. Andriola
Patrick N. Andriola