UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Clara Moussa Boustany,<br><br>      *Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding. | MBD No. 1:24-mc-91065-AK |

## NOTICE OF APPEARANCE

  Please enter my appearance for Interested Party President and Fellows of Harvard College in the above-captioned action.

                Respectfully submitted,

                PRESIDENT AND FELLOWS OF
                HARVARD COLLEGE

                By its attorney,

                /s/ *Alexandra Arnold*
                Alexandra Arnold (BBO #706208)
                aarnold@clohertysteinberg.com
                CLOHERTY & STEINBERG LLP
                One Financial Center, Suite 1120
                Boston, MA 02111
Dated: June 17, 2024          (617) 481-0160

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on June 17, 2024.

                                          /s/ *Alexandra Arnold*
                                          Alexandra Arnold