UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Clara Moussa Boustany,<br><br>      *Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding. | MBD No. 1:24-mc-91065-AK |

## **CORPORATE DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Interested Party President and Fellows of Harvard College hereby submits the following disclosure:

  Interested Party President and Fellows of Harvard College states that it is a non-profit educational corporation that is not a subsidiary of any other corporation and has no stock.

           Respectfully submitted,

           PRESIDENT AND FELLOWS OF
           HARVARD COLLEGE

           By its attorneys,

           /s/ *Alexandra Arnold*
           Alexandra Arnold (BBO #706208)
           aarnold@clohertysteinberg.com
           Daniel J. Cloherty (BBO #565772)
           dcloherty@clohertysteinberg.com
           CLOHERTY & STEINBERG LLP
           One Financial Center, Suite 1120
           Boston, MA 02111
Dated: June 17, 2024         (617) 481-0160

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, and that paper copies will be sent to those indicated as non-registered participants on June 17, 2024.

                                                               /s/ *Alexandra Arnold*
                                                               Alexandra Arnold