## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>Clara Moussa Boustany,<br><br>　　　　　　　　*Applicant*,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding. | Case No. 1:24-mc-91065-AK |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY**

　　　　On May 7, 2024, this Court ordered that Fadi Boustany and President and Fellows of Harvard College (collectively, "Respondents") serve papers responsive to this application by June 24, 2024, and that Applicant file reply papers by Sunday, July 7, 2024 (ECF Docket No. 7). In light of the Independence Day holiday, Applicant respectfully requests that the Court extend the deadline for filing reply papers to Friday, July 12, 2024. Counsel for the parties have met and conferred, and neither of the Respondents objects to such an extension.

Dated:　June 17, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**LUPKIN PLLC**

　　　　　　　　　　　　　　　　　　　　By: ___/s/ Michael B. Smith_____
　　　　　　　　　　　　　　　　　　　　　　　Michael B. Smith

　　　　　　　　　　　　　　　　　　　　80 Broad Street, Suite 3103
　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　Tel: (646) 367-2771
　　　　　　　　　　　　　　　　　　　　msmith@lupkinpllc.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Clara Moussa Boustany*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of June, 2024, a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Reply Papers was duly served and filed through the ECF system on all registered participants.

                                                                                                /s/ *Michael B. Smith*
                                                         Michael B. Smith (BBO# 568584)