# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

In re *Ex Parte* Application of

Clara Moussa Boustany,

                        *Applicant*,

For an Order Pursuant to 28 U.S.C. § 1782
Granting Leave to Obtain Discovery for Use
in a Foreign Proceeding.

Case No. 1:24-mc-91065-AK

---

**[FADI BOUSTANY'S PROPOSED] PROTECTIVE ORDER**

WHEREAS, on February 15, 2024, Petitioner Clara Moussa Boustany ("Petitioner") filed an *ex parte* application for discovery pursuant to 28 U.S.C. § 1782 (the "Petition"), requesting to issue subpoenas to Respondent President Fellows of Harvard College a/k/a/ Harvard Corporation ("Harvard");

WHEREAS, the basis for the Subpoenas is the use of the subpoenaed information in a proceeding in Monaco wherein Fadi Boustany ("Fadi") summoned Petitioner before the Court of First Instance (the "Monégasque Court") to request a divorce and have the consequences of divorce fixed (the "Monégasque Divorce Proceeding");

WHEREAS, the Monégasque Divorce Proceeding is still pending before the Court of First Instance;

WHEREAS, the judge in the Monégasque Divorce Proceeding has appointed an expert, Mr. Munoz, to handle documentation from Fadi and Petitioner concerning their income and assets;

WHEREAS, on May 7, 2024, this Court ordered Petitioner to serve the Petition and its accompanying documents on Harvard and Fadi;

WHEREAS, on June 24, 2024, Fadi filed his objection to Petitioner's application for the reasons contained in his opposing papers;

WHEREAS, this Court has granted Petitioner's application pursuant to the terms of the Court's order resolving Petitioner's application;

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1782 and Rule 26(c) of the Federal Rules of Civil Procedure that:

1)  All documents and information produced by Harvard in response to the § 1782 Subpoenas (the "Subpoenaed Information") shall not be used by any person for any purpose other than proving or rebutting any claim, issue, argument or defense directly raised in only the Monégasque Divorce Proceeding.

2)  If it is to be used in the Monégasque Divorce Proceeding, any Subpoenaed Information shall first be submitted to Mr. Munoz, the expert appointed by the judge in the Monégasque Divorce Proceeding, consistent with the Monégasque Court's prior orders in the Monégasque Divorce Proceeding.  The Subpoenaed Information may then be filed with the Monégasque Court only if permission is first expressly granted by the judge overseeing the Monégasque Divorce Proceeding.  Any filing of Subpoenaed Information with the Monégasque Court must be under seal in compliance with the procedures as established in the Monégasque Divorce Proceeding.

3)  Subject to compliance with Paragraph 2, the Subpoenaed Information may be disclosed only to:

(a) Petitioner and Fadi, the parties to the Monégasque Divorce Proceeding;

(b) counsel for Petitioner and Fadi in this proceeding (including their paralegal,

    technical, secretarial, and clerical personnel) (collectively, "U.S. Counsel");

 (c) counsel for Petitioner and Fadi who are engaged in representing those parties in the Monégasque Divorce Proceeding, including the paralegal, technical, secretarial and clerical personnel who are actually engaged in assisting such counsel (collectively, "Monégasque Counsel");

 (d) the courts presiding over the Monégasque Divorce Proceeding, including their clerical personnel and any experts they appoint (including Mr. Munoz);

 (e) outside vendors providing photocopying, litigation support services, translation services, or electronic discovery review platforms who are engaged by U.S. Counsel or Monégasque Counsel to assist in this proceeding or the Monégasque Divorce Proceeding;

 (f) other persons as ordered by this Court or the Monégasque Courts, provided that such order is made on notice to Fadi.

4) If Petitioner is to file any Subpoenaed Information with a court in Monaco (pursuant to compliance with Paragraphs 2 and 3 above), the Subpoenaed Information shall be filed under seal pursuant to the procedures as established in the Monégasque Divorce Proceeding.

5) A violation of this Protective Order by means of Petitioner revealing Subpoenaed Information to unauthorized third parties (as determined by this Protective Order) will result in the right of Fadi to seek monetary damages against Petitioner, in an amount to be determined by an analysis of the factors surrounding such violation, including the scope of the violation, the substance of the underlying Subpoenaed Information, and the third parties said information was inappropriately disclosed to. This Court retains jurisdiction to enforce this provision, though Fadi may move before any competent court or tribunal as is appropriate to enforce this provision of the Protective Order. The Court's jurisdiction over this provision does not grant either party any further rights, or subject them to further jurisdiction, within this district or

elsewhere, except as it relates to enforcement of this provision.

                        SO ORDERED,

                        _____
                        ANGEL KELLEY
                        UNITED STATES DISTRICT JUDGE

Dated: _____
       Boston, Massachusetts