



Avocats Associés | Barreau de Monaco

Christine PASQUIER CIULLA
Olivier MARQUET
Sophie MARQUET
Stephan PASTOR
Raphaëlle SVARA
Géraldine GAZO

1. Je suis avocate au barreau de la Principauté de Monaco depuis 1988. Je suis la fondatrice de CMS MONACO, anciennement connu sous le nom de PCM, un cabinet d'avocats monégasque.

2. J'interviens aux intérêts de Monsieur Fadi BOUSTANY afin de l'assister dans une procédure de divorce par devant les juridictions monégasques.

3. La procédure a été initiée par Monsieur Fadi BOUSTANY le 26 octobre 2022 suite au dépôt d'une requête en divorce.

4. Par une Ordonnance présidentielle du 26 octobre 2022, Monsieur Fadi BOUSTANY a été autorisé à faire citer son épouse en conciliation à l'audience du mercredi 16 novembre 2022.

5. Suite à plusieurs renvois, l'audience de conciliation a eu lieu le 11 janvier 2023.

6. Le 1er février 2023 a été rendue l'Ordonnance de non-conciliation, par laquelle le Magistrat Conciliateur a autorisé Monsieur Fadi BOUSTANY à assigner Madame Clara MOUSSA en divorce par devant le Tribunal de Première Instance, ce qu'il a fait en date du 1er mars 2023, étant précisé que cette procédure est toujours pendante.

7. Dans la même décision, le juge a fixé les mesures provisoires qui s'appliquent jusqu'au prononcé définitif du divorce. Le juge a notamment octroyé à Madame Clara MOUSSA une pension alimentaire, une part contributive pour l'entretien et l'éducation des enfants ainsi qu'une provision ad litem pour assumer les frais de justice.

8. Madame MOUSSA a fait appel des mesures provisoires financières et le délibéré a été fixé le 6 février 2024.

9. Le Magistrat Conciliateur a également ordonné une expertise financière en la confiant à un expert-comptable parisien indépendant, Monsieur MUNOZ, lequel a pour mission de :

    – Entendre les parties contradictoirement,
    – Se faire communiquer toute pièces et documents utiles à l'accomplissement de sa mission,
    – Procéder à une analyse complète de la situation patrimoniale des deux époux,
    – Rechercher de façon complète et précise la nature et l'importance des revenus des époux,
    – Rendre un rapport d'expertise écrit de ses opérations dans un délai de 6 mois à compter du jour où il les aura débutées.

10. Au cours du mois de février 2023, Monsieur Fadi BOUSTANY a découvert que certains documents de la procédure de divorce monégasque ont été divulgués sur internet et notamment par la presse.

Villa des Cigognes | 17 rue Louis Aureglia | BP 450 | 98012 Monaco Cedex | T +377 97 98 42 24 | F +377 97 98 42 25 | www.cms.law/pcm

Les Avocats Associés sont inscrits au Barreau de Monaco et constituent un cabinet d'avocats monégasque affilié à un Groupement Européen d'Intérêt Economique, CMS Legal Services EEIG, qui coordonne un ensemble de cabinets d'avocats indépendants, et qui n'assure aucun service auprès de la clientèle.

11. Or, l'article 202-6 du Code Civil dispose que : *« La cause est débattue hors la présence du public. La reproduction des débats est interdite sous peine de l'amende prévue au chiffre 4 de l'article 26 du Code pénal »*. En effet, à Monaco, les procédures de divorce ne sont pas publiques, elles sont confidentielles et se déroulent à huis clos.

12. Monsieur BOUSTANY a donc déposé une plainte avec constitution de partie civile sur le fondement des articles 202-6 du Code Civil (interdiction de la reproduction des débats) et 308-2, 308-3 et 308-4 du Code Pénal (atteinte à la vie privée).

13. Par une Ordonnance rendue le 15 juin 2023, le Juge chargé du contrôle des opérations d'expertise a précisé les modalités de l'expertise financière et a notamment ordonné que les pièces considérées comme sensibles, en raison des risques encourus en cas de divulgation publique, seront communiquées de la façon suivante :

    - Le Conseil de Monsieur BOUSTANY communiquera à l'expert les documents réclamés par le biais d'une plateforme internet, dans l'espace « confidentiel » uniquement accessible à l'expert ; le bordereau de communication de ces pièces sera en revanche communiqué via la plateforme internet de façon contradictoire ;
    - L'expert exploitera ces documents et rédigera une note d'analyse mentionnant et décrivant les éléments pertinents pour l'expertise ;
    - Cette note sera discutée entre l'expert et les conseils techniques que les parties désigneront chacune, experts comptables ou experts de justice, soumis en leur qualité au secret professionnel, lesquels souscriront préalablement un engagement de confidentialité ;
    - Si Madame Clara MOUSSA ou son avocat estiment nécessaires, malgré cet échange contradictoire entre experts désignés par les parties, de prendre connaissance de certains de ces documents, les parties se réuniront en présence de l'expert pour en déterminer les modalités, le cas échéant sous l'égide du Juge chargé du contrôle de l'expertise.

14. Par une Ordonnance en date du 8 aout 2023, le Juge chargé du contrôle des expertises a accordé un délai supplémentaire à l'expert jusqu'au 15 février 2024.

15. Monsieur BOUSTANY a fourni les pièces demandées le 15 septembre ainsi que le 31 octobre 2023.

16. L'expert a rendu une note d'étape en date du 30 novembre 2023, étant précisé que cette note ne peut pas être communiquées aux parties mais seulement à leurs conseils techniques.

Date : Principauté de Monaco, le 05 décembre 2023

*Je déclare conformément à l'article 28 U.S.C. 1746, que ce qui procède est vrai et correct*

Christine PASQUIER-CIULLA



2/2

[Logo CMS
law-tax-future]

Law Partners     Bar of Monaco

Christine PASQUIER CIULLA
Olivier MARQUET
Sophie MARQUET
Stephan PASTOR
Raphaëlle SVARA
Géraldine GAZO

1. I am an attorney at the bar of the Principality of Monaco, and have been 1988. I am the founder of CMS MONACO, formerly known as PCM, a Monegasque law firm.

2. I am intervening on behalf of Mr. Fadi Boustany in order to assist him in divorce proceedings before the courts of Monaco.

3. The proceedings were initiated by Mr. Fadi Boustany on October 26, 2022 following the filing of a petition for divorce.

4. By a Presidential Order dated October 26, 2022, Mr. Fadi Boustany was authorized to have his spouse summoned to appear in a conciliation hearing on Wednesday November 16, 2022.

5. Following several postponements, the conciliation hearing was held on January 11, 2023.

6. On February 1, 2023, the Non-Conciliation judgment was handed down, in which the Conciliation Judge authorized Mr Fadi Boustany to sue Ms. Clara Moussa for divorce before the Court of First Instance, which he did on March 1, 2023, it being specified that said proceeding is still pending.

7. In the same judgment, the judge set the provisional measures that apply until the divorce is declared final. In particular, the judge granted Ms. Clara Moussa alimony, child support, as well as an ad litem provision for legal fees.

8. Ms. Moussa appealed the provisional financial measures, and deliberations have been set for February 6, 2024.

9. The Conciliation Judge also ordered a financial appraisal, assigning it to independent Parisian accountant, Mr. Munoz, who has the task of:

    - Hearing both parties,
    - Receiving all deeds and documents deemed useful for the fulfillment of his assignment, Conducting a full analysis of the assets and liabilities of both spouses, Researching, completely and accurately, the nature and significance of the spouses' income,
    - Issuing a written expert report on his operations within a period of 6 months starting from the day on which he begins them.

10. Over February 2023, Mr. Fadi Boustany discovered that some of the documents from the Monegasque divorce proceeding were disclosed online and particularly in the media.

---
Villa des Cigognes |17 Rue Louis Aureglia | BP 450 | 98012 Monaco Cedex | T +377 97 98 42 24 | F +377 97 98 42 25 | www.cms.law/pcm

The Law Partners are registered with the Bar of Monaco and constitute a Monegasque law firm affiliated with a European Economic Interest Grouping, CMS Legal Services EEIG, which coordinates a set of independent law firms, and which does not provide any services to clients.



Katia RAPINEL-TOMBOIS
Expert près la Cour d'appel de Versailles
Tél : 01 42 89 40 70
Traductrice interprète anglais-allemand

11. Yet, Article 202-6 of the Civil Code provides that: "*The case shall be argued without the presence of the public The reproduction of arguments is prohibited under penalty of the fine provided for in Article 26(4) of the Criminal Code*". Indeed, in Monaco, divorce proceedings are not public, they are confidential and take place in camera.

12. Mr Boustany therefore filed a civil complaint pursuant to Articles 202-6 of the Civil Code (prohibition against reproduction of arguments) and 308-2, 308-3, and 308-4 of the Criminal Code (invasion of privacy).

13. In a Judgment handed down on June 15, 2023, the Judge tasked with overseeing the financial appraisal operations specified the terms of the financial appraisal and in particular ordered that documents considered sensitive, due to the risks incurred in the event of a public disclosure, shall be communicated as follows:

    - The attorney for Mr. Boustany will provide the expert with the requested documents via an internet platform, in the "confidential" space, only accessible to the expert, the communication slip for those documents will however be communicated via the internet platform accessible to both parties.
    - The expert will use those documents and draft an analysis note mentioning and describing the elements relevant to the appraisal;
    - That note will be discussed between the expert and the technical attorneys that both parties each designate, or legal experts, subject to professional secrecy, who shall also sign a non-disclosure agreement first.
    - If Ms Clara Moussa or her attorney believe it is necessary, despite this adversarial exchange between experts appointed by the parties, to view certain documents, the parties shall meet in the presence of the expert in order to determine the terms, as applicable under the aegis of the Judge tasked with overseeing the expert appraisal.

14. In a Judgment dated August 8, 2023, the Judge tasked with overseeing the expert appraisals granted the expert an extension until February 15, 2024.

15. Mr. Boustany provided the requested documents on September 15 and October 31, 2023.

16. The expert issued a progress report on November 30, 2023, it being specified that said report cannot be communicated to the parties but only to their technical attorneys.

Date: Principality of Monaco, 5 December 2023

[handwritten text:] *I hereby declare, pursuant to Article 28 U.S. Code § 1746, that the foregoing is true and correct.*

Christine PASQUIER-CIULLA
[Signature]

Certifié conforme à l'original : la copie
N° d'inscription : 23-5769
Écrit en langue : française
Fait le : 07/12/2023