UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re *Ex Parte* Application of Clara Moussa Boustany,<br><br>                    Applicant,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding. | MBD No. 1:24-mc-91065-AK<br><br>**DECLARATION OF MICHAEL B. SMITH** |

I, MICHAEL B. SMITH, declare as follows:

1.      I am a partner at Lupkin PLLC, counsel for Clara Moussa Boustany, the applicant in the above-referenced proceeding.

2.      Attached hereto as Exhibit A is a true and correct copy of correspondence between myself and Daniel Cloherty, counsel for the President and Fellows of Harvard College, which represents the culmination of meet-and-confer discussions regarding Harvard's objections to the proposed subpoena, in the form of an agreed-upon statement to the Court regarding the resolution of Harvard's objections.

3.      Attached hereto as Exhibit B is a true and correct copy of the January 18, 2024, declaration of Clara Moussa Boustany filed in case no. 1:23-mc-00203-LGS in the United States District Court for the Southern District of New York as ECF Doc. No. 37.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
            July 12, 2024

_____
MICHAEL B. SMITH

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2024, a true and correct copy of the foregoing declaration was duly served and filed through the ECF system on all registered participants.

*/s/ Michael B. Smith*
Michael B. Smith (BBO #568584)
