## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re *Ex Parte* Application of Clara Moussa Boustany,<br><br>    *Applicant*,<br><br>for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in a Foreign Proceeding | MBD No. 1:24-mc-91065-AK |

### NOTICE OF CHANGE OF AFFILIATION AND ADDRESS

As counsel for the Applicant, Clara Moussa Boustany, I write to advise the Court that, effective September 1, 2024, my firm affiliation and contact information will change to the following:

> Rottenstreich Farley Bronstein Fisher Potter Hodas LLP
> 500 Park Avenue, 8th Floor
> New York, NY 10022
> Tel: (212) 956-8300
> Email: msmith@rfbllp.com

This information will be updated in the PACER/CM-ECF system, and I stand ready to provide the Court with any further information it should require.

Dated:    August 30, 2024

                                  Respectfully submitted,

                                  **LUPKIN PLLC**

                                  By:     */s/ Michael B. Smith*
                                       Michael B. Smith, BBO #568584

                                  80 Broad Street, Suite 3103
                                  New York, NY 10004
                                  Tel: (646) 367-2771
                                  msmith@lupkinpllc.com

                                  *Counsel for Applicant Clara Moussa Boustany*

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF.

                                                          */s/ Michael B. Smith*
                                                          Michael B. Smith